UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
24-CR-89(JWB/LIB)

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| ) | DEFENDANT'S SECOND |
| vs. ) | STATEMENT OF REASONS |
| John David Degelau, ) | |
| Defendant. ) | |

The defendant, John David Degelau, having been advised by his lawyers, Paul Engh and Garrett Gondik, and in accordance with 18 U.S.C. 3161 (h)(8)(A) and (B)(iv), agrees with his counsels' second motion, which requests an additional excluded delay in the Speedy Trial Act deadlines.

1. He agrees anew that his case is complex, and that the discovery is voluminous. The prison time stakes involved in this litigation are likewise significant.

2. He agrees that he is currently undergoing a forensic evaluation. Initial interviews have been accomplished, but there has been a delay in securing all the medical records needed for a complete review. The records were timely requested, but have not yet been received.

3. Additional time is thus needed to complete the report and consider its implications in his defense of the charges.

4. He consents to an additional delay of up to two

1

months, and he does so knowingly and willingly and voluntarily.

Dated: June 24, 2024  Respectfully submitted,

_____
John David Degelau

_____
Paul Engh

_____
Garrett Gondik

Counsel for Mr. Degelau