UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
24-CR-89 (JWB/LIB)

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **DEFENDANT'S THIRD** |
| ) | **MOTION TO EXCLUDE TIME** |
| v. ) | **UNDER THE SPEEDY TRIAL** |
| ) | **ACT** |
| John David Degelau, ) | |
| ) | |
| Defendant. ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The defendant, John David Degelau, having been advised by his lawyers, Paul Engh and Garrett Gondik, and in accordance with 18 U.S.C. 3161 (h)(8)(A) and (B)(iv), moves the Court for a third exclusion of time under the Speedy Trial Act. Our grounds are these.

1. The case is complex, particularly given Mr. Degelau's recent hospitalizations, and the voluminous records generated. The prison time stakes involved in this litigation are likewise significant. Our review of the records, including the review by our forensic examiner, is nearly complete. There is one set of records still to be obtained and thoroughly evaluated. The facts of Mr. Degelau's case are also unique.

1

2.   Our forensic examiner has written a large portion of his report, but has not yet concluded his work.   The defense teams needs his evaluation in order to adequately advise Mr. Degelau about his legal options going forward.

3.   Mr. Degelau consents to another two-month delay, and he does so knowingly and willingly and voluntarily.   His statement of reasons will be filed this week.   This should be the last motion to exclude filed.

Dated: August 26, 2024                           Respectfully submitted,

*/s/ Paul Engh*
PAUL ENGH - Lic. 134685
150 South Fifth Street, Suite 2860
Minneapolis, MN 55402
(612) 252-1100
engh4@aol.com

Garrett Gondik
1215 Belknap Street
Superior, WI 54880

Counsel for Mr. Degelau