UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
24-CR-89(JWB/LIB)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S THIRD** |
| vs. | ) | **STATEMENT OF REASONS** |
| | ) | |
| John David Degelau, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, John David Degelau, having been advised by his lawyers, Paul Engh and Garrett Gondik, and in accordance with 18 U.S.C. 3161 (h)(8)(A) and (B)(iv), agrees with his counsels' third motion, which requests an additional excluded delay in the Speedy Trial Act deadlines.

1. He continues to agree that his case is complex, particularly given his recent hospitalizations, and the voluminous records generated. The prison time stakes involved in this litigation are likewise significant. The review of the extensive records by the defense forensic examiner is nearly complete. There is one set of records still to be obtained and thoroughly evaluated. The underlying facts of his case are also unique.

2. The defense forensic examiner has written a large portion of his report. His defense team needs the complete evaluation in order to adequately advise his as to his options going forward.

1

3.   His consents to another, and last, two month delay, and he does so knowingly and willingly and voluntarily.

Dated: August 26, 2024                    Respectfully submitted,


                                          _____
                                          John David Degelau

                                          /s/ Paul Engh
                                          _____
                                          Paul Engh

                                          /s/ Garrett Gondik
                                          _____
                                          Garrett Gondik

                                          Counsel for Mr. Degelau