UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-89 (JWB/LIB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN DAVID DEGELAU,

    Defendant.

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Assistant United States Attorney Emily A. Polachek is substituted as appointed counsel in place of Hillary A. Taylor in the representation of the United States. Thus, the above-referenced criminal case is being reassigned as follows:

<u>Add AUSA</u>

Emily A. Polachek

<u>Remove AUSA</u>

Hillary A. Taylor

Dated: August 29, 2024

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

BY: *s/ Hillary A. Taylor*
HILLARY A. TAYLOR (#0398557)
EMILY A. POLACHEK (#0390973)
Assistant United States Attorneys