**PAUL ENGH**                                                                              **(612) 252-1100**

**LAWYER**                                                                                    **SUITE 2860**
                                                                              **150 SOUTH FIFTH STREET**
                                                                              **MINNEAPOLIS, MN 55402**
                                                                              **FAX: (612) 333-5015**


December 2, 2024


Magistrate Judge Leo I. Brisbois
United States Courthouse
515 West 1st Street
Duluth, MN 55802

RE:    <u>United States v. John David Degelau</u>, 24-CR-89 (JWB/LIB)

Dear Magistrate Judge Brisbois,

Mr. Degelau will not be filing motions in this case.   Best.


                                        Sincerely yours,

                                        */s/Paul Engh*

                                        Paul Engh




PE/enc
cc:    John David Degelau
       Garrett Gondik
       Emily Polachek, AUSA