# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOHN DAVID DEGELAU, Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No: 24-CR-89(1) JWB/LIB<br>Date: February 12, 2025<br>Court Reporter: Erin Drost<br>Courthouse: St. Paul<br>Courtroom: 3B<br>Time Commenced: 2:10 p.m.<br>Time Concluded: 2:50 p.m.<br>Time in Court: 40 Minutes |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff: David Green, Assistant United States Attorney
   For Defendant: Paul Engh, Retained

PROCEEDINGS:
   ☒ **Change of Plea Hearing.**
   ☒ PLEA:
      ☒ Guilty as to Counts 1 and 2 of the Indictment.
   ☒ Presentence Investigation and Report requested.
   ☒ Bond continued.

                                                                           s/ D. Dodd
                                                                           Courtroom Deputy