UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
24-CR-89 (JWB/LIB)

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S MOTION FOR** |
| ) | **AN OVERNIGHT STAY IN** |
| vs. ) | **ST. PAUL BEFORE SENTENCING** |
| ) | |
| John David Degelau, ) | |
| ) | |
| Defendant. ) | |

The defendant, John David Degelau, through and by his lawyers, Paul Engh and Garrett Gondik, moves the Court for an Order permitting him to travel to St. Paul on September 24, 2025 and stay overnight in anticipation of sentencing the following morning. Our grounds are these:

1. Mr. Degelau's sentencing is set for September 25, 2025, at 10:00 a.m.

2. Mr. Degelau and his parents live in Duluth, Minnesota. To remove any traffic issues, avoid a 6:00 a.m. leave time, and to facilitate his conference with your undersigned an hour before sentencing, he requests permission to arrive in St. Paul the night before.

3. Mr. Degelau's Probation Officer declines to authorize such an overnight stay without this Court's permission and formal Order.

1

4. The Government is not prejudiced.

5. Mr. Degelau's history while on Pretrial release has been exceptional. He will be will his parents at all times if permitted to stay overnight on the September 24, 2025.

Dated: August 28, 2025                                  Respectfully submitted,

*/s/ Paul Engh*
Paul Engh
Attorney ID: 134685
Suite 2860
150 South Fifth Street
Minneapolis, MN 55402
612.252.1100


*/s/ Garrett Gondik*
Garrett Gondik
Attorney ID: 0401727
1215 Belknap Street
Superior, Wisconsin 54880

Counsel for Mr. Degelau